IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTIS SPECIALTY INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>AQUA SCIENCES ENGINEERS, INC.<br><br>Defendant. | CASE NO. 3:11-cv-03669-EDL<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Julie S. Selesnick, whose business address and telephone number is Jackson & Campbell, P.C., 1120 20th Street, N.W., Suite 300 South, Washington, .C. 20036, 202-457-1600

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Chartis Specialty Insurance Company

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: August 11, 2011

Elizabeth D. Laporte
United States Magistrate Judge