1    Julie S. Selesnick (admitted pro hac vice)
     Jean C. Kissane (admitted pro hac vice)
2    Jackson & Campbell, P.C.
     1120 20th Street, N.W., Suite 300 South
3    Washington, D.C. 20036
     Telephone:    202-457-1648
4    Facsimile:    202-457-1678
     jselesnick@jackscamp.com
5    jkissane@jackscamp.com

6    James P. Wagoner, #058553
     McCormick, Barstow, Sheppard,
7    Wayte & Carruth LLP
     P.O. Box 28912
8    5 River Park Place East
     Fresno, CA  93720-1501
9    Telephone:    (559) 433-1300
     Facsimile:    (559) 433-2300
10   jim.wagoner@mccormickbarstow.com

11   Attorneys for Plaintiff
     CHARTIS SPECIALTY INSURANCE COMPANY
12   (f/k/a American International Specialty Lines
     Insurance Company)
13
     Kevin D. Smith, #113633
14   Patrick S. Schoenburg, #162842
     Wood, Smith, Henning & Berman LLP
15   7580 North Ingram Avenue, Suite 108
     Fresno, CA 93711
16   Telephone:    (559) 437-2860
     Facsimile:    (559) 438-1350
17
     Attorneys for Defendant
18   AQUA SCIENCES ENGINEERS, INC.

19                       UNITED STATES DISTRICT COURT
20                       NORTHERN DISTRICT OF CALIFORNIA
21

22   CHARTIS SPECIALTY INSURANCE          Case No. CV 11 3669 EMC
23   COMPANY (f/k/a American International
     Specialty Lines Insurance Company),  **STIPULATION TO RESCHEDULE CASE
24                                         MANAGEMENT CONFERENCE** ; ORDER
                     Plaintiff,
25
     v.
26
     AQUA SCIENCES ENGINEERS, INC.,
27
                     Defendant.
28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE – CASE NO. CV 11 3669 EMC

1    COMES NOW Plaintiff Chartis Specialty Insurance Company (f/k/a American

2    International Specialty Lines Insurance Company) ("Chartis") and Defendant Aqua Science

3    Engineers, Inc. ("Aqua"), (collectively the "Parties"), by and through their respective attorneys,

4    request that the case management conference scheduled for December 23, 2011 be rescheduled to

5    a time in January 2012.

6         1.    The October 7, 2011 Case Management Conference Order in Reassigned

7    Cases ordered that, pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 6-10, the

8    case management conference will be held before the Honorable Edward M. Chen on December

9    23, 2011 at 9:00 a.m., in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco,

10   California.

11        2.    The Case Management Conference Order in Reassigned Cases requires that

12   any request to reschedule the case management date must be made in writing by stipulation not

13   less than ten (10) days before the conference date.

14        3.    The Parties request that the case management conference be rescheduled

15   because Friday, December 23, 2011 is two (days) before Christmas.

16        4.    Plaintiff's Counsel, located at 1120 Twentieth Street, NW, Washington,

17   DC 20036, would need to fly to San Francisco on Thursday, December 22, 2011, and would most

18   likely have to fly home late Friday, December 23, 2011 or early Saturday, December 24, 2011.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE – CASE NO. CV 11 3669 EMC

5.     The Parties stipulate that traveling cross country at this time of the year imposes hardship on Plaintiff's Counsel. The Parties, therefore, request that the case management date be moved to January 2012.

Dated: November 11, 2011                    MCCORMICK, BARSTOW, SHEPPARD,
                                            WAYTE & CARRUTH LLP


                                            By:   /s/  James P. Wagoner
                                                    James P. Wagoner
                                                  Attorney for Plaintiff
                                            CHARTIS SPECIALTY INSURANCE
                                            COMPANY (f/k/a American International
                                            Specialty Lines Insurance Company)

Dated: November 11, 2011                    WOOD, SMITH, HENNING & BERMAN
                                            LLP


                                            By:   /s/  Kevin D Smith
                                                    Kevin D. Smith
                                                  Patrick S. Schoenburg
                                                  Attorneys for Defendant
                                            AQUA SCIENCES ENGINEERS, INC.

03674/02011-1827365.v1

IT IS SO ORDERED that the CMC is reset from 12/23/11 to 2/3/12 at 9:00 a.m.  A joint CMC Statement shall be filed by 1/27/12.

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE – CASE NO. CV 11 3669 EMC

1

## PROOF OF SERVICE

2      I am a resident of the State of California, over the age of eighteen years, and not a
party to the within action.  My business address is McCormick, Barstow, Sheppard, Wayte &
3  Carruth LLP, 5 River Park Place East, Fresno, California  93720-1501.  On October 4, 2011, I re-
served the within documents that had originally been served on November 11, 2011 to the same
4  recipients that are listed below:

5

## STIPULATION TO RESCHEDULE CASE MANAGEMENT
6  CONFERENCE

7      ☐      **BY FAX:**  by transmitting via facsimile the document(s) listed above to the fax
number(s) set forth below on this date before 5:00 p.m.
8

9      ☐      **BY PERSONAL DELIVERY:**  by personally delivering the document(s) listed
above to the person(s) at the address(es) set forth below.

10      ☒      **BY MAIL:**  by placing the document(s) listed above in a sealed envelope with
11      postage thereon fully prepaid, in the United States mail at Fresno, California
addressed as set forth below.

12

13      ☐      **BY OVERNIGHT MAIL:**  by causing document(s) to be picked up by an
overnight delivery service company for delivery to the addressee(s) on the next
14      business day.

15      ☒      **BY ELECTRONIC SUBMISSION:**  by e-mailing the documents to the
recipients below.

16

17  Julie S. Selesnick              Kevin D. Smith
Jean C. Kissane                 Patrick S. Schoenburg
18  Jackson & Campbell, P.C.        200d, Sith Henning & Berman LLP
1120 20th Street, N.W.          7580 North Ingram Avenue, Suite 108
19  Suite 300 South                 Fresno, CA  93711
Washington, D.C.  20036
20

21      I am readily familiar with the firm's practice of collection and processing
22  correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal
Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I
23  am aware that on motion of the party served, service is presumed invalid if postal cancellation
date or postage meter date is more than one day after date of deposit for mailing in affidavit.
24

25      I declare that I am employed in the office of a member of the bar of this court at
whose direction the service was made.

26      Executed on November 11, 2011, at Fresno, California.

27                                    /s/ Lori Sinclair
Lori Sinclair
28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
P.O. Box 28912
Fresno, CA 93729-8912

PROOF OF SERVICE