1    Julie S. Selesnick (admitted pro hac vice)
      Jean C. Kissane (admitted pro hac vice)
2    Jackson & Campbell, P.C.
      1120 20th Street, N.W., Suite 300 South
3    Washington, D.C. 20036
      Telephone:    202-457-1648
4    Facsimile:    202-457-1678
      jselesnick@jackscamp.com
5    jkissane@jackscamp.com

6    James P. Wagoner, #058553
      McCormick, Barstow, Sheppard,
7    Wayte & Carruth LLP
      P.O. Box 28912
8    5 River Park Place East
      Fresno, CA 93720-1501
9    Telephone:    (559) 433-1300
      Facsimile:    (559) 433-2300
10   jim.wagoner@mccormickbarstow.com

11   Attorneys for Plaintiff
      CHARTIS SPECIALTY INSURANCE COMPANY
12   (f/k/a American International Specialty Lines
      Insurance Company)
13

      Kevin D. Smith, #113633
14   Patrick S. Schoenburg, #162842
      Wood, Smith, Henning & Berman LLP
15   7580 North Ingram Avenue, Suite 108
      Fresno, CA 93711
16   Telephone:    (559) 437-2860
      Facsimile:    (559) 438-1350
17

18   Attorneys for Defendant
      AQUA SCIENCES ENGINEERS, INC.

19

20               UNITED STATES DISTRICT COURT

21             NORTHERN DISTRICT OF CALIFORNIA

22

23   CHARTIS SPECIALTY INSURANCE        Case No. CV 11 3669 EMC
      COMPANY (f/k/a American International
24   Specialty Lines Insurance Company),       **STIPULATION TO RESCHEDULE CASE**
                                        **MANAGEMENT CONFERENCE** ; ORDER
25               Plaintiff,

26   v.

27   AQUA SCIENCES ENGINEERS, INC.,

28               Defendant.

1     COMES NOW Plaintiff Chartis Specialty Insurance Company (f/k/a American

2  International Specialty Lines Insurance Company) ("Chartis") and Defendant Aqua Science

3  Engineers, Inc. ("Aqua"), (collectively the "Parties"), by and through their respective attorneys,

4  request that the case management conference scheduled for December 23, 2011 be rescheduled to

5  a time in January 2012.

6          1.     The October 7, 2011 Case Management Conference Order in Reassigned

7  Cases ordered that, pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 6-10, the

8  case management conference will be held before the Honorable Edward M. Chen on December

9  23, 2011 at 9:00 a.m., in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco,

10  California.

11         2.     The Case Management Conference Order in Reassigned Cases requires that

12  any request to reschedule the case management date must be made in writing by stipulation not

13  less than ten (10) days before the conference date.

14         3.     The Parties request that the case management conference be rescheduled

15  because Friday, December 23, 2011 is two (days) before Christmas.

16         4.     Plaintiff's Counsel, located at 1120 Twentieth Street, NW, Washington,

17  DC 20036, would need to fly to San Francisco on Thursday, December 22, 2011, and would most

18  likely have to fly home late Friday, December 23, 2011 or early Saturday, December 24, 2011.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

5.    The Parties stipulate that traveling cross country at this time of the year imposes hardship on Plaintiff's Counsel. The Parties, therefore, request that the case management date be moved to January 2012.


Dated: November 11, 2011                    MCCORMICK, BARSTOW, SHEPPARD,
                                            WAYTE & CARRUTH LLP


                                            By:    /s/  James P. Wagoner
                                                    James P. Wagoner
                                                  Attorney for Plaintiff
                                            CHARTIS SPECIALTY INSURANCE
                                            COMPANY (f/k/a American International
                                               Specialty Lines Insurance Company)


Dated: November 11, 2011                    WOOD, SMITH, HENNING & BERMAN
                                            LLP


                                            By:    /s/  Kevin D Smith
                                                    Kevin D. Smith
                                                  Patrick S. Schoenburg
                                                Attorneys for Defendant
                                            AQUA SCIENCES ENGINEERS, INC.


03674/02011-1827365.v1

IT IS SO ORDERED that the CMC is reset from 12/23/11 to 2/3/12 at 9:00 a.m.  A joint CMC Statement shall be filed by 1/27/12.


_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE – CASE NO. CV 11 3669 EMC

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On October 4, 2011, I re-served the within documents that had originally been served on November 11, 2011 to the same recipients that are listed below:

## STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☒ **BY ELECTRONIC SUBMISSION:** by e-mailing the documents to the recipients below.

Julie S. Selesnick
Jean C. Kissane
Jackson & Campbell, P.C.
1120 20th Street, N.W.
Suite 300 South
Washington, D.C. 20036

Kevin D. Smith
Patrick S. Schoenburg
200d, Sith Henning & Berman LLP
7580 North Ingram Avenue, Suite 108
Fresno, CA 93711

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 11, 2011, at Fresno, California.

_/s/ Lori Sinclair_____
Lori Sinclair

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
P.O. Box 28912
Fresno, CA 93729-8912

PROOF OF SERVICE