Julie S. Selesnick
Jackson & Campbell, P.C.
1120 20th Street, N.W., Suite 300 South
Washington, D.C. 20036
Telephone:    202-457-1648
Facsimile:    202-457-1678

James P. Wagoner, # 058553
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Plaintiff
CHARTIS SPECIALTY INSURANCE COMPANY
(f/k/a American International Specialty Lines
Insurance Company)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTIS SPECIALTY INSURANCE COMPANY (f/k/a American International Specialty Lines Insurance Company),<br><br>Plaintiff,<br><br>v.<br><br>AQUA SCIENCES ENGINEERS, INC.,<br><br>Defendant. | Case No. 3:11 –cv-03669-~~EDL~~  EMC<br><br>**MOTION TO WITHDRAW COUNSEL OF RECORD**   ; ORDER |

**MOTION TO WITHDRAW COUNSEL OF RECORD**

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiff Chartis Specialty Insurance Company, f/k/a American International Specialty Lines Insurance Company ("CSIC"), who moves this Honorable Court to withdraw attorney Jean C. Kissane, admitted pro hac vice herein, as counsel of record in the above-captioned matter. Plaintiff continues to be represented by James P. Wagoner of McCormick, Barstow, Sheppard, Wayte & Carruth LLP


and Julie S. Selesnick of the law firm of Jackson & Campbell, P.C.

Dated: January 11, 2012                        McCORMICK, BARSTOW, SHEPPARD,
                                                        WAYTE & CARRUTH LLP


                                               By:      /s/ James P. Wagoner
                                                        James P. Wagoner
                                                        Attorneys for Plaintiff
                                                     CHARTIS SPECIALTY INSURANCE
                                                     COMPANY (f/k/a American International
                                                        Specialty Lines Insurance Company)


03674/02011-1853146.v1

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge



McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1970021v.1