1
2
3
4                              **UNITED STATES DISTRICT COURT**
5                             **NORTHERN DISTRICT OF CALIFORNIA**
6
7
8
9  **CHARTIS SPECIALTY INSUR. CO. F/K/A/**           Case No.: 11-CV-03669 YGR
   **American Int'l Specialty Lines Insur. Co.,**
10                                                  **ORDER CONTINUING CASE MANAGEMENT**
          **Plaintiff,**                            **CONFERENCE**
11
          **vs.**
12
   **AQUA SCIENCES ENGINEERS, INC.,**
13
          **Defendant.**
14

15       Given the parties' mediation deadline of November 12, 2012, the Case Management
16 Conference is **CONTINUED** from November 19, 2012 to **Monday, December 10, 2012** at **2:00 p.m.** in
17 the Ronald V. Dellums Federal Building, 1301 Clay Street, Oakland, California, Courtroom 5.
18       **IT IS SO ORDERED.**
19
   Date: November 8, 2012                           _____
20                                                  **YVONNE GONZALEZ ROGERS**
21                                                  **UNITED STATES DISTRICT COURT JUDGE**