**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHARTIS SPECIALTY INSUR. CO. F/K/A/ American Int'l Specialty Lines Insur. Co.,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**AQUA SCIENCES ENGINEERS, INC.,**<br><br>**Defendant.** | Case No.: 11-CV-03669 YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Given the parties' mediation deadline of November 12, 2012, the Case Management Conference is **CONTINUED** from November 19, 2012 to **Monday, December 10, 2012** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, 1301 Clay Street, Oakland, California, Courtroom 5.

**IT IS SO ORDERED.**

Date: November 8, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**