UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTIS SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>AQUA SCIENCES ENGINEERS, INC.,<br><br>    Defendant. | Case No.  11-cv-03669-JST<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE CASE MANAGEMENT STATEMENT**<br><br>Re: Dkt. No. 95 |

The parties' Motion for Administrative Relief, Dkt. No. 95, is DENIED. The motion does not state good cause for extending the deadline for the submission of a case management statement. *See, e.g.*, *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608 (9th Cir. 1992).

Counsel are ordered to file a case management statement forthwith. They are further ordered to include in their statement a description of their efforts to complete alternative dispute resolution with the Honorable Ronald Sabraw, whom the parties jointly identified as their mediator on April 13, 2012. Dkt. No. 36.

**IT IS SO ORDERED.**

Dated: February 26, 2013

_____
Jon S. Tigar
United States District Judge