Kevin D. Smith (State Bar No. 113633)
Patrick S. Schoenburg (State Bar No. 162842)
**WOOD, SMITH, HENNING & BERMAN LLP**
7112 North Fresno Street, Suite 160
Fresno, California 93720-2949
Phone: 559-437-2860 ♦ Fax: 559-438-1350
E-mail:   ksmith@wshblaw.com
          pschoenburg@wshblaw.com

Attorneys for Defendant, AQUA SCIENCE ENGINEERS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| CHARTIS SPECIALTY INSURANCE COMPANY (f/k/a American International Specialty Lines Insurance Company),<br><br>Plaintiff,<br><br>v.<br><br>AQUA SCIENCES ENGINEERS, INC.,<br><br>Defendant. | CASE NO. 3:11-cv-03669 JST<br><br>**REQUEST AND [PROPOSED] ORDER RE COURTROOM EQUIPMENT**<br><br>TRIAL DATE:          01/13/14<br>TIME:                     8:30 a.m.<br>CRTRM.:                 9<br><br>Complaint Filed:  7/26/11<br><br>[Assigned for All Purposes to Hon. Jon S. Tigar, Courtroom 9] |

Pursuant to General Order 58, Defendant Aqua Science Engineers, Inc. hereby and respectfully requests permission to bring the following equipment into the courthouse, and to possess and use such equipment during the trial in this matter, presently set to commence on January 13, 2014 at 8:30 a.m.

The specific equipment is as follows:

1. 4 17" LCD Monitor;

2. 1 Projector (5000L to 6500L);

3. 1 Projector bulb;

4. 1 DaLite Insta-Theater Screen 100";

5. 2 DaLite Projectostand (25" x 17");

LEGAL:05746-0126/2863710.1                -1-
REQUEST AND [PROPOSED] ORDER RE COURTROOM EQUIPMENT

     6.     1 Wolfvision Visualizer VZ-8 Plus;

     7.     1 Inline 6 in x 1 out VGA Switch IN3566;

     8.     1 Extron 1 in x 6 out VGA DA;

     9.     1 Fender 150W Speakers (1 pair);

     10.    2 CAP-1 Computer Audio Patch (Mono);

     11.    All required cables, adapters, extension cords, surge protectors and gaffers tape.

Defendant has made arrangements with the Court's chambers to set up its respective equipment on January 9, 2014 at 9:00 a.m.

DATED: January 3, 2014          WOOD, SMITH, HENNING & BERMAN LLP

By:  */s/ Patrick S. Schoenburg*
     KEVIN D. SMITH
     PATRICK S. SCHOENBURG
Attorneys for Defendant, AQUA SCIENCE ENGINEERS, INC.

### **ORDER**

For good cause shown, IT IS SO ORDERED that the above request is GRANTED.

DATED:   January 6, 2014

                      HON. JON S. TIGAR
                      JUDGE OF THE DISTRICT COURT