UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTIS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AQUA SCIENCES ENGINEERS, INC.,<br><br>Defendant. | Case No.  11-cv-03669-JST<br><br>**ORDER RE: JURY SELECTION** |

The Court hereby notifies all parties that it will use the jury selection method outlined in paragraph 9 of Judge Alsup's "Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases," available at cand.uscourts.gov/whaorders.  This method is as follows:

Fifteen prospective jurors will be called to fill the jury box and given seat numbers (1 through 15).  Others will remain on the public benches.  For those in the jury box, hardship excuses will be considered first and then voir dire will proceed.  Some will usually be excused for cause or hardship during voir dire and their seats will be filled as excusals are made.  After the panel is passed for cause (or all cause motions are denied), each side may exercise its allotment of three peremptory challenges against the fifteen in the jury box.  Blind challenges are made simultaneously.  Each side writes down the names and seat numbers of those to be stricken.  The nine surviving the challenge process become the final jury.  For example, if the plaintiff strikes 1, 5 and 7 and the defendant strikes 2, 4 and 9, then 3, 6, 8, 10, 11, 12, 13, 14, and 15[1] become the final jury.  If both sides strike one or more of the same candidates, then the nine unstruck jurors with the

/ / /

---

[1] In a prior Order, the Court suggested the jury would consist of six jurors and three alternates. ECF No. 166 at 1.  That was in error.  The Court will seat a jury of nine jurors.

lowest seat numbers will be sworn.  Once the jury selection is completed, they will be re-seated in the jury box and sworn.

**IT IS SO ORDERED.**

Dated:  January 10, 2014



_____
JON S. TIGAR
United States District Judge