**FILED**

JAN 28 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTIS SPECIALTY INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>  v.<br><br>AQUA SCIENCES ENGINEERS, INC.,<br><br>   Defendant. | Case No. 11-cv-03669-JST<br><br>**ORDER DIRECTING JURY COMMISSIONER TO FURNISH LUNCH DURING DELIBERATION** |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily lunch for the members of the jury in the above-entitled matter commencing on Wednesday, January 29, 2014 and continuing during their deliberations. The lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

**IT IS SO ORDERED.**

Dated: 1/28/14

                       JON S. TIGAR
                       United States District Judge