**FILED**

FEB 0 3 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTIS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AQUA SCIENCES ENGINEERS, INC.,<br><br>Defendant. | Case No. 11-cv-03669-JST<br><br>**ORDER TO PAY ADDITIONAL ATTENDANCE FEE** |

In accordance with 28 U.S.C. § 1871(b)(2), petit jurors required to attend more than ten days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10.00 more than the $40.00 attendance fee, for each day in excess of ten days on which the juror is required to hear such case.

Therefore, IT IS HEREBY ORDERED that each member of the jury hearing the above case shall receive a total attendance fee of $50.00 per day for each day of service in excess of ten days.

**IT IS SO ORDERED.**

Dated: 2/3/14

JON S. TIGAR
United States District Judge